# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DEANGELO DIXON,<br><br>  Defendant. | Case No.: 2:16-cr- 133<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEUS CORPUS<br>AD PROSEQUENDUM FOR<br>DEANGELO DIXON<br>(ID#) 1949801 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DEANGELO DIXON** before the United States District Court at Las Vegas, Nevada, on or about _ I/A & A/P Wed 5/11/16 3:00 PM CWH 3C _, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: May 4, 2016

_____
UNITED STATES MAGISTRATE JUDGE

```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    PHILLIP N. SMITH, JR.
 3  Assistant United States Attorney
    501 Las Vegas Boulevard South
    Suite 1100
 4  Las Vegas, Nevada 89101
    702-388-6336
 5
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr- *133* |
| Plaintiff, | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR DEANGELO DIXON |
| vs. | (ID#) 1949801 |
| DEANGELO DIXON, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **DEANGELO DIXON**, is committed by due process of law in the custody of the Warden, Henderson Detention Center, Henderson, Nevada, that it is necessary that the said **DEANGELO DIXON** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **DEANGELO DIXON** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on ___ *I/A & A/P Wed 5/11/16  3:00 PM CWH 3C* ___, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court:

That the presence of the said **DEANGELO DIXON** before the United States District Court on or about  *I/A & A/P Wed 5/11/16  3:00 PM CWH 3C* ___, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

1  WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
2  Prosequendum issue out of this Court, directed to the Warden, Henderson Detention Center,
3  Henderson, Nevada, and to the United States Marshal for the District of Nevada, commanding
4  them to produce the said **DEANGELO DIXON** before the United States District Court on or
5  about _I/A & A/P Wed 5/11/16 3:00 PM CWH 3C_, at the hour of 3:00 p.m., for arraignment and from time to
6  time and day to day thereafter, at such times and places as may be ordered and directed by the
7  Court entitled above, to appear before the Court, and when excused by the said Court, to be
8  returned to the custody of the Warden, Henderson Detention Center, Henderson, Nevada.
9  DATED this 4th day of May, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Phillip N. Smith*
PHILLIP N. SMITH, JR.
Assistant United States Attorney