STEVEN W. MYHRE
Acting United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-5087
phillip.smith@usdoj.gov

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-133-JCM-GWF |
| | ) | |
| | ) | STIPULATION TO CONTINUE |
| Plaintiff, | ) | SENTENCING HEARING |
| | ) | |
| vs. | ) | |
| | ) | |
| DEANGELO DIXON, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Defendant DEANGELO DIXON, that the sentencing hearing for the above-captioned matter, currently scheduled for April 5, 2017, at the hour of 10:00 a.m., be vacated and continued to a date and time convenient to this Court, but in no event earlier than one (1) week. This stipulation is entered for the following reasons:

1. The Government needs additional time to file a response to the Defendant's objections to the Presentence Investigation Report.

2. The Defendant is in custody, but he does not object to the continuance.

DATED: April 3, 2017.

| /s/ | /s/ |
|---|---|
| PHILLIP N. SMITH, JR. | HEIDI A. OJEDA, AFPD |
| Assistant United States Attorney | Counsel for Defendant DEANGELO DIXON |
| Counsel for the United States | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:16-cr-133-JCM-GWF** |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| vs. | ) | |
| | ) | |
| DEANGELO DIXON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Based on the pending stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently set for April 5, 2017 at 10:00 a.m., be vacated and continued to **Monday, April 17, 2017 at 10:00 a.m.**

DATED April 3, 2017.

_____
UNITED STATES DISTRICT JUDGE