RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
Nevada State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_OBrien@fd.org

Attorney for Deangelo Dixon

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00133-JCM-GWF |
| Plaintiff, | |
| v. | **Stipulation to Additional Special Conditions of Supervised Release** |
| DEANGELO DIXON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Chiou, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for Deangelo Dixon, that the following Special Conditions shall be imposed during the term of Mr. Dixon's Supervised Release.[1] Specifically, Mr. Dixon shall:

1.      Attend Alcoholics Anonymous meetings at least three times a week;

2.      Attend counseling meetings as directed by his Probation Officer;

---

[1] The following stipulation is being filed pursuant to the Court's order. See ECF No. 69 (Minutes).

3.      Attend and complete the substance abuse class required by North Las Vegas Municipal Court;

4.      Maintain employment;

5.      Refrain from the use of alcohol;

6.      Not be arrested on new criminal charges; and

7.      Submit to Soberlink Monitoring for the 90 days following the filing of this stipulation.

Defense counsel also contacted Probation Officer Annis Sones and she agrees to special conditions 1-7.

DATED this 13th day of February, 2020.

RENE L. VALLADARES                      NICHOLAS A. TRUTANICH
Federal Public Defender                 United States Attorney


*/s/ Robert O'Brien*                      */s/ Christopher Chiou*
By_____            By_____
ROBERT O'BRIEN                          CHRISTOPHER CHIOU
Assistant Federal Public Defender       Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

DEANGELO DIXON,

                Defendant.

Case No. 2:16-cr-00133-JCM-GWF

## **ORDER**

      IT IS THEREFORE ORDERED that the following Special Conditions shall be imposed during the term of Mr. Dixon's supervised release:

      1.      Attend Alcoholics Anonymous meetings at least three times a week;

      2.      Attend counseling meetings as directed by his Probation Officer;

      3.      Attend and complete the substance abuse class required by North Las Vegas Municipal Court;

      4.      Maintain employment;

      5.      Refrain from the use of alcohol;

      6.      Not be arrested on new criminal charges; and

      7.      Submit to Soberlink Monitoring for the 90 days following the filing of this stipulation.

      8.      Contacted Annis Sones and she agrees to special conditions 1-7.

      DATED February 14, 2020.

_____
UNITED STATES DISTRICT JUDGE

3