RENE L. VALLADARES
Federal Public Defender
Nevada Bar Number 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
Nevada Bar Number 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577 / Phone
(702) 3886261 / Fax
Robert_Obrien@fd.org

*Attorneys for Deangelo Dixon*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEANGELO DIXON,<br><br>　　　　Defendant. | Case No. 2:16-CR-00133-JCM-GWF<br><br>**Stipulation to (1) Dismiss Petition and Addenda; (2) Vacate July 24, 2020 Hearing re Revocation of Supervised Release; and (3) Add an Additional Condition of Supervised Release** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Chiou, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for Deangelo Dixon, that:

　　　　1.　　The following Petition / Addenda to Petition shall be dismissed with prejudice: ECF Nos. 55, 68, 72, and 77.

///

///

2. Given those dismissals with prejudice, the parties respectfully request that the continued hearing regarding revocation of supervised release — currently scheduled to take place in person on July 24, 2020 at 10:00 a.m. — be vacated.

3. Mr. Dixon shall submit to Soberlink Monitoring until August 24, 2020.

4. Government counsel also contacted Probation Officer Annis Seopaul Sones, and she agrees with the terms set forth above.

DATED this 23rd day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| *s/ Robert O'Brien*<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | *s/ Christopher Chiou*<br>CHRISTOPHER CHIOU<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEANGELO DIXON,

    Defendant.

Case No. 2:16-CR-00133-JCM-GWF

**ORDER**

IT IS THEREFORE ORDERED that:

1. The following Petition / Addenda to Petition shall be dismissed with prejudice: ECF Nos. 55, 68, 72, and 77.

2. Given those dismissals with prejudice, the continued hearing regarding revocation of supervised release — currently scheduled to take place in person on July 24, 2020 at 10:00 a.m. — shall be vacated.

3. Mr. Dixon shall submit to Soberlink Monitoring from the date of this Order until August 24, 2020.

DATED July 24, 2020.

_____
Honorable James C. Mahan
United States District Judge