RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ANNIE J. YOUCHAH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Annie_Youchah@fd.org

Attorney for Deangelo Dixon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEANGELO DIXON, <br><br> Defendant. | Case No. 2:16-cr-00133-JCM-GWF <br><br> **STIPULATION TO CONTINUE REVOCATION HEARING** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Annie J. Youchah, Assistant Federal Public Defender, counsel for Deangelo Dixon, that the Revocation Hearing currently scheduled on September 23, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is unavailable on the currently scheduled date.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 10th day of September, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By  /s/ Annie J. Youchah<br>ANNIE J. YOUCHAH<br>Assistant Federal Public Defender | By /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEANGELO DIXON,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00133-JCM-GWF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, September 23, 2021 at 10:00 a.m., be vacated and continued to <u>October 22, 2021</u> at the hour of <u>11:00 a.m</u>.

　　　DATED September 15, 2021.

　　　　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3